NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**U.S. RING BINDER, L.P.,**
*Plaintiff-Appellant,*

v.

**STAPLES THE OFFICE SUPERSTORE, LLC, WORLD WIDE STATIONERY MANUFACTURING CO., LTD., CHARLES LEONARD NATIONAL, INC., and CHARLES LEONARD WESTERN, INC.,**
*Defendants-Appellees.*

---

2010-1284, -1425

---

Appeals from the United States District Court for the Eastern District of Missouri in case no. 08-CV-0583, Magistrate Judge Thomas C. Mummert, III.

---

## ON MOTION

---

## ORDER

U.S. Ring Binder, L.P. moves without opposition for the court to consolidate 2010-1425 with 2010-1284.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

AUG 2 6 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David L. Applegate, Esq.
Keith A. Rabenberg, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 6 2010

JAN HORBALY
CLERK